**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-322 (ADM/AJB) |
| | ) | Date: 8/16/06 |
| DONALD RAY GARTMAN, | ) | Court Reporter: NA |
| | ) | Tape Number: JSM MOM 1/00-2149 |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | ) | Time Concluded: 1:40 p.m. |
| | ) | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Andrea George

☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 7/6/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered
☐ denied
☐ moot

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Next appearance date is 8/18/06 at 11:00 a.m. before U.S. Magistrate Judge Janie S. Mayeron in Mpls. Courtroom 8E for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

☐ Detention Hearing Waived ☐ Preliminary Revocation Hearing Waived

Additional Information:

s/TS
Law Clerk