**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-322 (ADM/AJB) |
| | ) | Date: 8/18/06 |
| DONALD RAY GARTMAN, | ) | Court Reporter: NA |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: |
| | ) | Time Concluded: |
| | ) | Time in Court: Hours & Minutes |

☒ **DETENTION HEARING**
☒ **PRELIMINARY REVOCATION HEARING**

Additional Information:

No hearing held. The parties waived the detention and preliminary revocation hearing and went before District Judge Ann Montgomery for a Final Revocation Hearing.

s/TS
Law Clerk