**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

DONALD RAYMOND GARTMAN,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 02-322(01)(ADM/AJB)
Date: August 18, 2006
Court Reporter: Tim Willette
Time Commenced: 10:45 a.m.
Time Concluded: 11:00 a.m.
Time in Court: 15 Minutes

## APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant: Andrea George

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to a hearing.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Defendant is sentenced to 10 months in the custody of the BOP with no supervision to follow.

s/Gertie Simon
Courtroom Deputy