AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**DONALD RAYMOND GARTMAN**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-322(ADM/AJB)**
USM Number: **10688-041**
Social Security Number: **5559**
Date of Birth: **1978**

**Andrea George**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
|---|---|
| Standard Condition No. 2 | Defendant failed to submit written reports for the months of May and June, 2006. |
| Mandatory Condition | Defendant tested positive for the use of controlled substances. |
| Special Condition No. 5 | Defendant failed to report for drug screens. |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**August 18, 2006**
Date of Imposition of Judgment
s/Ann D. Montgomery

Signature of Judge

**ANN D. MONTGOMERY**
United States District Judge
Name & Title of Judge

**August 18, 2006**
Date

DEFENDANT: DONALD RAYMOND GARTMAN
CASE NUMBER: 02-322(ADM/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 months with no supervision to follow**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**It is recommended that the defendant be incarcerated in a Minnesota institution.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________ , with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal