A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 23 2006
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Donald Ray Gartman

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-322 ADM/AJB**

0641-0707-1181-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Donald Ray Gartman

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

July 6, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 8-14-06
ARRESTED AT Hoosor, WI PD
DISTRICT OF MINNESOTA
BY M. Lamwitz

SCANNED
AUG 24 2006
U.S. DISTRICT COURT MPLS